| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Claude M. Stern (Bar No. 96737) |
| 2 | claudestern@quinnemanuel.com |
| | 555 Twin Dolphin Drive, Suite 560 |
| 3 | Redwood Shores, California 94065-2139 |
| | Telephone: (650) 801-5000 |
| 4 | Facsimile: (650) 801-5100 |
| 5 | Danielle L. Gilmore (Bar No. 171457) |
| | daniellegilmore@quinnemanuel.com |
| 6 | Anna Hsia (Bar No. 234179) |
| | annahsia@quinnemanuel.com |
| 7 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017-254 |
| 8 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| 9 | |
| 10 | Attorneys for Plaintiffs WeeWorld, Inc. and WeeWorld, Ltd. |

**GRANTED**

*Judge James Ware*

2/15/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | WEEWORLD, INC., a Delaware Corporation; WEEWORLD, LTD., a Scotland corporation with offices in the United States and abroad, | CASE NO. C06-07063 |
| 17 | Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NINTENDO CO. LTD. |
| 18 | vs. | |
| 19 | NINTENDO OF AMERICA, INC., a Washington corporation; NINTENDO CO. LTD., a Japanese corporation, | |
| 21 | Defendants. | |

51159/2058439.1

Case No. C06-07063
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NINTENDO CO. LTD.

1  NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs
2  hereby withdraw and voluntarily dismiss without prejudice any and all counts or claims asserted
3  against Nintendo Co. Ltd. as set forth in the complaint filed in this action on November 13, 2006.
4  Nintendo Co. Ltd. has not answered or moved for summary judgment.

6  DATED: February 14, 2007         QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    By /s/ Danielle L. Gilmore
                                    Danielle L. Gilmore
                                    Attorneys for Plaintiffs WeeWorld, Inc. and
                                    WeeWorld, Ltd.