1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
3    mikepowell@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
5  Facsimile:   (650) 801-5100

6    Danielle L. Gilmore (Bar No. 171457)
     daniellegilmore@quinnemanuel.com
7    Anna Hsia (Bar No. 234179)
     annahsia@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
9  Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
10
   Attorneys for Plaintiffs WeeWorld, Inc. and
11 WeeWorld Ltd.

12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16 | WEEWORLD, INC., a Delaware corporation;        | CASE NO. C 06-07063 JW
   | WEEWORLD, LTD., a Scotland corporation
17 | with offices in the United States and abroad,
   |
18 |         Plaintiffs,                            | STIPULATION AND [PROPOSED] ORDER
   |                                                | RE: CONTINUANCE OF CASE
19 |     vs.                                        | MANAGEMENT CONFERENCE
   |
20 | NINTENDO OF AMERICA, INC., a
   | Washington corporation; NINTENDO CO.
21 | LTD., a Japanese corporation,
   |
22 |         Defendants.

51159/2064181.1

Case No. C 06-07063 JW
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

## STIPULATION

WHEREAS, under its Order Setting Initial Case Management Conference and ADR Deadlines filed November 14, 2006, the Court set an initial case management conference for March 5, 2007 at 10:00 a.m.;

WHEREAS, Claude Stern, lead counsel for plaintiffs has a scheduling conflict that prevents him from attending the March 5, 2007 case management conference;

WHEREAS, plaintiffs' counsel is available on March 12, 2007 for a case management conference in this action;

WHEREAS, lead trial counsel for defendant Nintendo of America ("NOA") is available to attend a case management conference on March 12, 2007;

WHEREAS, NOA's counsel is agreeable to the case management conference in this action being continued to March 12, 2007;

WHEREAS, because this continuation is solely to accommodate the schedule of WeeWorld's lead trial counsel, NOA does not agree to continue the deadline for completion of Fed. R. Civ. P. 26(a) initial disclosures;

WHEREAS, pursuant to Local Rules 7-2 and 16-2(e), the parties respectfully request that this Court continue the case management conference from March 5, 2007, to March 12, 2007;

1   NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and
2  between plaintiffs WeeWorld, Inc. and WeeWorld, Ltd. and defendant NOA, through their
3  respective counsel of record, as follows:
4       1.   The case management conference scheduled for March 5, 2007 at
5  10:00 a.m. shall be continued to March 12, 2007 at 10:00 a.m.
6       2.   This stipulated continuance shall not affect the February 26, 2007 deadline
7  for completion of initial disclosures pursuant to Fed. R. Civ. P. 26(a), unless otherwise ordered by
8  the Court pursuant to WeeWorld's request to stay the current deadline.

11  DATED: February 23, 2007        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

                                     By _____
                                     Anna Hsia
                                     Attorneys for Plaintiffs WeeWorld, Inc. and
                                     WeeWorld Ltd.

16  DATED: February 23, 2007        COOLEY GODWARD KRONISH, LLP

                                     By _____
                                     Kathleen E. Trieber
                                     Attorneys for Defendant Nintendo of America, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: <u>February 23</u>, 2007

By _____
The Honorable James Ware
United States District Judge

51159/2064181.1                                          -4-                              Case No. C 06-07063 JW
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE