1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2   claudestern@quinnemanuel.com
   Michael D. Powell (Bar No. 202850)
3   mikepowell@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:      (650) 801-5100

6   Danielle L. Gilmore (Bar No. 171457)
   daniellegilmore@quinnemanuel.com
7   Anna Hsia (Bar No. 234179)
   annahsia@quinnemanuel.com
8  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
9  Telephone:     (213) 443-3000
   Facsimile:      (213) 443-3100
10
   Attorneys for Plaintiffs WeeWorld, Inc. and
11  WeeWorld, Ltd.

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                             SAN JOSE DIVISION

16  WEEWORLD, INC., a Delaware Corporation;    CASE NO.  C06-07063 JW (RS)
   WEEWORLD, LTD., a Scotland corporation
17  with offices in the United States and abroad,  [PROPOSED] ORDER GRANTING
                                                REQUEST FOR ENTRY OF DISMISSAL
18              Plaintiffs,                      WITHOUT PREJUDICE

19         vs.                                   [F.R.C.P. 41(a)(2)]

20  NINTENDO OF AMERICA, INC., a              Judge:   The Honorable James Ware
   Washington corporation; NINTENDO CO.       Ctrm:    8, 4th Floor
21  LTD., a Japanese corporation,

22              Defendants.

23

24

25

26

27

28

51159/2119452.1
                                                        Case No.  C06-07063 JW (RS)
       [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY OF DISMISSAL WITHOUT PREJUDICE

**ORDER**

Having considered the Request for Entry of Dismissal Without Prejudice by plaintiffs WeeWorld, Inc. and WeeWorld, Ltd. as to Defendant Nintendo of America, Inc., and for good cause shown:

The request is GRANTED. The Court will enter dismissal without prejudice as to Defendant Nintendo of America, Inc. All claims in this case are thereby dismissed without prejudice, as all defendants have been dismissed.

IT IS SO ORDERED.

Date:  May 17, 2007

_____
Honorable James Ware